ALMA McCORD, Appellant, *v.* THE TOWN OF OSSINING IN THE COUNTY OF WESTCHESTER, Respondent.

(Argued January 28, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 2, 1887, which affirmed a judgment in favor of defendant, entered upon a report of a referee.

*Francis Larkin* for appellant.

*Smith Lent* for respondent.

Agree to affirm ; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.